IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NOE KIM RAQUINIO,            )<br>                              )<br>         Petitioner,          )<br>                              )<br>     vs.                      )<br>                              )<br>COUNTY OF HAWAII,             )<br>                              )<br>         Respondent.          )<br>_____ ) | Civ. No. 19-00155 SOM-RLP<br><br>ORDER DENYING REQUEST FOR<br>CERTIFICATE OF APPEALABILITY |

**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY**

On March 27, 2019, Petitioner Noe Kim Raquinio, *pro se*, filed a petition for habeas corpus under 28 U.S.C. § 2254. ECF No. 1.  On April 8, 2019, this court dismissed his petition, and Judgment was entered against Raquinio.  ECF Nos. 9, 10.

An appeal may not be taken to the court of appeals from a final order in a § 2254 proceeding "[u]nless a circuit justice or judge issues a certificate of appealability."  28 U.S.C. § 2253(c)(1)(B).  The court shall issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  When a district court denies a § 2254 petition on the merits, a petitioner, to satisfy the requirements of section 2253(c)(2), "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

When, as here, a district court denies a § 2254 petition on procedural grounds without reaching the underlying constitutional claim, a certificate of appealability should only issue when the petitioner shows "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Id.*

As set forth in the court's order, this court determines that no reasonable jurist would determine that the procedural grounds for denying Raquinio's § 2254 petition are debatable or wrong. Raquinio did not establish that his petition is timely, nor that he exhausted his claims in state court. "[N]o appeal would be warranted" when such "plain procedural bar[s] [are] present." *See id.*

The court declines to issue a certificate of appealability for any claim that Raquinio may raise on appeal.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 8, 2019.



/s/ Susan Oki Mollway

Susan Oki Mollway
United States District Judge

Noe Kim Raquinio v. County of Hawaii, Civ. No. 19-00155 SOM-RLP; ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY.